# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**JUAN CARLOS MASSA VELAZQUEZ**            Case No.   20-03763-MCF

                                           Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

---

**I. Appearances**

| | | | |
|---|---|---|---|
| Debtor | [X] Present | | [ ] Absent |
| Joint Debtor | [ ] Present | | [ ] Absent |
| Attorney for Debtor | [X] Present | | [ ] Absent |

[ ] Prose

[X] Appearing:   Roberto Figueroa Carrasquillo, Esq.

**Date & Time:**   10/28/2020  1:30:00AM

[X] R        [ ] NR    LV:  0.00

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

**Banco Popular de P.R. by Mr. Miguel Rivera**

---

**II. Oath Administered**

   [X] Yes          [ ] No

---

**III. Plan**

Date:   09/24/2020        Base:      $13,500.00    Payments 1 made out of  1 due.

**Confirmation Hearing Date:**       11/20/2020   1:30:00PM

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

   $4,000.00   -  $128.00   =  $3,872.00

---

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JUAN CARLOS MASSA VELAZQUEZ  Case No. 20-03763-MCF

Chapter 13   Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State - years<br><br>  [ ] Federal - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JUAN CARLOS MASSA VELAZQUEZ      Case No.    20-03763-MCF

Chapter 13     Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP:** 3

**Household size:** 1

**ID (Lic), SS, W/S, TX, OK , Nmar, manager**

**Plan:** $375x36= $13,500

**G.U.** 2%

**NOTE:** Debtor testified that he works for his father's corporation and owns no shares, nor has interest in his father's corporation.

**NOTE:** Debtor testified he lives with his mother and pays no rent.

**NOTE:** Debtor testified that he owns no car and uses a car of his father, which he has some expenses for maintenance.

**NOTE:** Debtor testified he received and spent the 2019 state tax refund pre-petition.

**NOTE:** Debtor testified he has never owned a real property.

**NOTE:** Debtor stated he did not receive any work income during April, May and June, 2020.

**Matters:**

**FEASIBILITY, Section 1325(a)(6):**

a. Debtor has financial assistance from a father/mother.. Being part of the income disclosed in Schedule I, which is filed with the Court under penalty of perjury, debtor needs to file evidence or any statement by the provider, must be in the English language, under penalty of perjury, and filed with the Court, to be part of the record case.

b. Debtor needs to disclosed 2018 income in SOFA line 4.

c. Plan needs to include special treatment for BPPR's auto loan, which for debtor is unsecured. The auto is owned by a friend, Madeline Diaz Carrasquillo and debtor served as co-debtor. Being this the case, plan should disclose that trustee will not make disbursements to BPPR's debt regarding an auto loan where debtor served as co-debtor,

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**JUAN CARLOS MASSA VELAZQUEZ**

Case No.  20-03763-MCF

Chapter 13   Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

---

unless the claim is filed or amended disclosing a deficiency debt.

The following party(ies) object(s) confirmation:

---

**s/Miriam Salwen**                                   Date:   10/28/2020

**Trustee/Presiding Officer**                                       (Rev. 05/13)